UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TANNER JON HEIL,                                              Civil No. 23-3843 (JRT/TNL)

        Petitioner,

v.                                                                                    **ORDER**

B.EISCHEN
*FPC, Duluth, Warden*,

        Respondent.

---

Tanner Jon Heil, Reg. No. 22032-041, FPC Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Adam Hoskins, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 31, 2025 (ECF No. 10), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1, be **DENIED**; and

2. This matter be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 21, 2025  　　　　　　　_____s/John R. Tunheim_____
at Minneapolis, Minnesota.  　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　United States District Judge